AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| WB MUSIC CORP., NAUGHTY MUSIC, and SOMETIMES YOU WIN MUSIC <br><br> *Plaintiff(s)* <br> v. <br> 35-33 36th STREET CORP. and LAWRENCE A. CERULLO <br><br> *Defendant(s)* | Civil Action No. 17-cv-00538 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LAWRENCE A. CERULLO
35-37 36th Street
Long Island City, NY 11106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Reimer and Jackson Wagener
ASCAP
1900 Broadway
New York, NY 10023
Attorneys for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*